IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL PERCOCO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DECKERS OUTDOOR CORPORATION, ANGEL MARTINEZ and THOMAS A. GEORGE,<br><br>Defendants. | )<br>)<br>)<br>)<br>)  C.A. No. 1:12-cv-01001-SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION TO EXTEND TIME AND [PROPOSED] ORDER

WHEREAS on September 21, 2012, Plaintiff filed his Amended Complaint in the above-captioned matter naming as defendants Deckers Outdoor Corporation, Angel Martinez and Thomas A. George (collectively "Defendants");

WHEREAS, on October 1, 2012, Plaintiff filed a Motion for Appointment as Lead Plaintiff and for Approval of Lead Counsel ("Plaintiff's Motion") and no other parties filed a motion to be appointed lead plaintiff;

WHEREAS, Plaintiff's Motion remains pending and is unopposed; and

WHEREAS, an extension of time to answer, move or otherwise respond to the Amended Complaint will permit the Court to rule on Plaintiff's Motion and allow the additional time necessary to evaluate more fully the allegations of the Amended Complaint and Defendants' response to the allegations, and set a coordinated response date;

IT IS HEREBY STIPULATED AND AGREED by the parties to this Stipulation, and subject to the approval of the Court, that:

1. Defendants' time to answer, move or otherwise respond to the Amended Complaint is extended until thirty (30) days after entry of an order appointing lead plaintiff and lead counsel; and

2. Defendants shall not file any substantive motions concerning the above-captioned matter prior to the appointment of lead plaintiff and lead counsel.

| FARUQI & FARUQI, LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| /s/ James P. McEvilly | /s/ Angela C. Whitesell |
| James P. McEvilly, III (#4807)<br>20 Montchanin Road, Suite 145<br>Wilmington, DE 19807<br>(302) 482-3182<br>*Attorneys for Plaintiffs* | William M. Lafferty (#2755)<br>Angela C. Whitesell (#5547)<br>1201 N. Market Street<br>Wilmington, DE 19801<br>(302) 658-9200<br>*Attorneys for Defendants* |
| OF COUNSEL: | OF COUNSEL: |
| Richard W. Gonnello<br>Emily C. Komlossy<br>Francis P. McConville<br>FARUQI & FARUQI, LLP<br>369 Lexington Avenue, 10th Floor<br>New York, NY 10017<br>(212) 983-9330<br>October 26, 2012 | William F. Alderman<br>Alexander K. Talarides<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>405 Howard Street<br>San Francisco, CA 94105-2669<br>(415) 773-5700 |

6600771.4

SO ORDERED this _____ day of _____, 2012.

_____
United States District Judge