IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

MICHAEL PERCOCO, Individually          )
and on Behalf of All Others Similarly  )
Situated,                              )
                                       )
           Plaintiff,                  )
                                       )
    v.                                 )        Civ. No. 12-1001-SLR
                                       )
DECKERS OUTDOOR                        )
CORPORATION, ANGEL R.                  )
MARTINEZ and THOMAS A.                 )
GEORGE,                                )
                                       )
           Defendants,                 )

## ORDER

At Wilmington this 8th day of July, 2013, consistent with the memorandum

opinion issued this same date;

IT IS ORDERED that defendants' motion to dismiss without leave to amend (D.I.

15) is granted.

_____
United States District Judge